UNITED STATES DISTRICT COURT

                   MIDDLE DISTRICT OF LOUISIANA


EDDIE J. ARMANT (#150261)
                                          CIVIL ACTION
VERSUS
                                          NUMBER 05-1058-FJP-SCR
RICHARD L. STALDER, ET AL


                   **RULING ON MOTION FOR RECUSAL**

   This matter is before the Court on the plaintiff's Motion for Recusal.[1]  For the reasons set forth in the Partial Ruling on Motion for Recusal[2] filed by the Magistrate Judge, plaintiff's motion to recuse the undersigned judge is denied.

   Baton Rouge, Louisiana, October 21, 2008.

                                          _____
                                          FRANK J. POLOZOLA
                                          MIDDLE DISTRICT OF LOUISIANA

---

   [1] Rec. Doc. No. 126.

   [2] Rec. Doc. No. 127.

Doc#45524