UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDDIE J. ARMANT

VERSUS

RICHARD L. STALDER, ET AL

CIVIL ACTION

NUMBER 05-1058-FJP-SCR

### RULING

This Court has no jurisdiction to rule on an appeal pending before the Fifth Circuit Court of Appeals.[1]  Therefore;

IT IS ORDERED that plaintiff's request for this Court to rule on his appeal is denied without prejudice.

Baton Rouge, Louisiana, February 17, 2010.

*signature*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 150.

Doc#46580